211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

---

Case No.: 10−51391−pjs
Chapter: 7

In Re: (NAME OF DEBTOR(S))

| | |
|---|---|
| Brent O'Banion<br>934 N. Congress Street<br>Ypsilanti, MI 48197 | Karen O'Banion<br>dba Creative Memories Consultant<br>934 N. Congress Street<br>Ypsilanti, MI 48197 |

Social Security No.:

| | |
|---|---|
| xxx−xx−8955 | xxx−xx−9368 |

Employer's Tax I.D. No.:

---

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be filed within **14** days from the date the bankruptcy petition was filed:

- ☐ Declaration and Signature of Non−Attorney Bankruptcy Petition Preparer (Form 19)
- ☐ Attorney Disclosure of Compensation Statement
- ☐ Certificate of Budget and Credit Counseling
- ☐ Chapter 7 Means Test (Form 22 A)
- ☐ Declaration Under Penalty of Perjury for Debtor(s) Without an Attorney
- ☐ Application to Pay the Filing Fee in Installments
- ☐ Tax ID
- ☐ Statistical Summary of Certain Liabilities
- ☑ Statement of Financial Affairs
- ☐ Summary of Schedules
- ☐ Schedules A−J
- ☐ Schedule A

- ☐ Schedule B

Schedule C:

- ☐ Debtor
- ☐ Joint Debtor
- ☐ Schedule D
- ☐ Schedule E
- ☐ Schedule F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J

The missing document(s) must be filed on or before **4/20/10** .

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 4/7/10

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court